UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:25-cr-46-WWB-LLL
     8 U.S.C. § 1326(a)
     (Illegal Re-Entry by
     Deported Alien)

AGUSTIN SANCHEZ-GAYTAN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Illegal Re-Entry by Deported Alien)**

On or about February 5, 2025, in the Middle District of Florida, the defendant,

AGUSTIN SANCHEZ-GAYTAN,

being an alien of the United States, who previously had been convicted of a felony offense, including:

1. Felony – Illegal Re-Entry into the United States by a Deported Alien, on or about November 12, 2013; and
2. Felony – Illegal Re-Entry into the United States by a Deported Alien, on or about June 2, 2015

who had been deported, excluded, or removed from the United States on or about March 11, 2009, April 26, 2014, October 22, 2015, and October 28, 2016, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,



Foreperson

SARA C. SWEENEY
Acting United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

2

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

AGUSTIN SANCHEZ-GAYTAN

## INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 26th day

of February, 2025.

_____
Clerk

Bail $_____